UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 CV 8581**

_Darren Lawrence Petty_

_3235 Pearsall Ave 2nd Fl_

_Bronx NY 10469_

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_New York City,_
_Raymond Kelly, Michael Bloomberg, Dr._
_Archibald and the NYPD, Dr. Safran, Dep_
_Dir Inv Marvell, Inv. Tim Ians, Inv. Feliz and NYCDOC_
_Dept of Citywide Admin Ser___

(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
NOV 04 2010
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: (check only those that apply)

___✓___  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.

_____  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
**NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.

___✓___  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
**NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.

___✓___  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

___✓___  New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

Rev. 05/2010                                        1

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name __Darren L Petty__
Street Address __3235 Pearsall Ave__
County, City __Bronx__
State & Zip Code __NY 10469__
Telephone Number __(646) 408-0189__

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant    Name __NYPD(AP) Lefrak__ / __NYCDOC (AIU)__
Street Address __1 Police Plaza__ / __17 Battery Pl__
County, City __New York__ / __New York__
State & Zip Code __New York 10004__ / __New York 10005__
Telephone Number _____

C.  The address at which I sought employment or was employed by the defendant(s) is:

Employer __NYPD Applicant Processing__ / __NYCDOC Applicant Investigation Unit__
Street Address __Lefrack__ / __17 Battery Pl__
County, City __Queens__ / __New York__
State & Zip Code __New York__ / __New York 10005__
Telephone Number _____

II. **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

- [✓] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.

    ✓    Retaliation.

    ✓    Other acts *(specify)*: railroading myself not accepting paperwork.

    *Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B.    It is my best recollection that the alleged discriminatory acts occurred on: __2003 to Present__
                                                                                           *Date(s)*

C.    I believe that defendant(s) *(check one)*:

      ✓    is still committing these acts against me.

          is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

    ☑ race __black__    ☑ color __Light Brown__

    ☐ gender/sex _____    ☐ religion _____

    ☐ national origin _____

    ☐ age. My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination.)

    ☑ disability or perceived disability, __information used adversely on__ *(specify)* __my military discharge before offered as a condition of employment.__

E.    The facts of my case are as follow *(attach additional sheets as necessary)*:

The overt acts of alleged discrimination occurred in 2003 after I had just been honorably discharged out of the US military and continued 2005, 2006, 2007 and 2009 to present. In 2005 and 2006 thru to 2007 I was employed as a federal corrections officer at MDC Brooklyn. I will prove that the medical and psychological department violated the code of ethics as well as the American with Disabilities Act. (Please refer to pages 1 thru 3 Sup)

    *Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III.    **Exhaustion of Federal Administrative Remedies**:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: __06/10/10__ *(Date)*.

Rev. 05/2010                                3

B. The Equal Employment Opportunity Commission *(check one)*:

_____ has not issued a Notice of Right to Sue letter.

____✓_____ issued a Notice of Right to Sue letter, which I received on __Sep 2, 2010__ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C. Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: __Backdate hiring to 2003, will pay all overtime deferred comp, full benifits sick/leave, verible supplement plus 50 million dollars in damages pain and suffering.__

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __3__ day of __November__, 20__10__

Signature of Plaintiff _____

Address __3235 pearsall Ave__

__Bronx NY 10469__

__2nd FL__

Telephone Number __(646)408-0189__

Fax Number *(if you have one)* _____

Rev. 05/2010                                         4

① 

The overt acts of [Alleged] discrimination occured In 2003, after I had just [Honorably Discharged] gotten out of the military after my second honorable enlistment and continued in 2005 and 2006 while I was employed as a federal Corrections officer at MDC Brooklyn. I will prove that the medical and psychological was a violation of the ADA. As well as proving defamation of character through pschylogical services, using them (medical staff) as agents to obertrelly not hire myself although I meet the hiring standards of the NYPD. I will show how this elaborate form of discrimination has and was and continues to take place. In the process they require that you give them your DD214 (military transcript) on this paperwork it discloses if you had had any seperations for medical reasons and the codes, and by using this information to disqualify me medically violates the American with disabilities act as to you cannot see my disability as it is not apperant. Then by putting me on medical review on all (3) occasions shows a violation of civil rights law Article VII because as per DCA's you are to be notified in writing of any disqualifications they (NYPD) continuously would have keep me on review thus expiring me off the civil service exam without explanation. because medical is a seperate ententy then psycholgical services. In 2003, 2005 and 2006 psycolgical services badgered and questioned me over (3) Arrests all which were dismissed sealed and unfounded. Although I answered the questions they did not except that I did not do any criminal act. I brought this to there attention and instead of the (3) reviews it was then changed to DQ's that I never recieved once again a violation of civil service law and EEO policy

③ I can prove that the Psych dept acted ethically and morally in judgemental way that created a bias and discriminated against me as it has done to many minorites (blacks and hispanics) as a protected group and this dispare proves racial discrimination as reported by United States Commission on Civil Rights has reported (usccr.gov) chapter 2. I will futher prove that the postal metered machines used by the NYPD and NYCDOC can and have been manipulated and do not prove as a certified postmark as only mail sent through the USPS postal regulation states, and on behalf of the director of psych services has intentionally manipulated the mail on behalf of the NYPD to fail many qualified minority applicants. It would be a great injustices and violate Afermative Action if this matter is not heard by your honor and the people, I am requesting a trial by juey and will show just as PO Adrian Schoolcraft that not only does the NYPD lie but they will use medical to try to discredit honest law abiliding citizens due to the fact they are Ideamified. And the will face no punishments for there actions.

In 2007 I took NYCDOC corrections examine I went to orientation and the to a medical screening given by the NYPD on behalf of NYCDOC. I never recieved any thing once again (no written correspondance) In 2009 I managed to get my disqualification resinded by the Director Safran of the NYCDOC. That sparked this whole case. While continuing the hiring process yet again I meet with Inv. Pam Ians formally of the NYPD and now presently the (3) Inv. for NYCDOC supervisory Inv.

③

That is when the retaliation began I have audio tapes to prove of this intentional acts of reprisal violating EEO policy, civil service law and departmental hiring procedures. The next day Dep. Dir. marvell Inv Ian's supervisor calls me threatens me and I immediately put in an official complaint of retaliation. Time goes on and NYCDOC responds stating that no overt acts have taken place (I have audio to prove this is unfactual) they furnish several incomplete forms of evidence and request this action be dismissed the state Divison of Human Rights Inv. never once contacted me nor did the EEOC inv. to hear my side of the story I've done my own investigation as I have several years law enforcement experiance and am currently employed as a federal police officer and I will prove that the NYCDOC tried to use similar tactics to expire me off civil service list, utilize Psych serv. to discredit/not hire me (violating ethics tests are to have validity and prove ethical.) and to railroad me by not allowing me to take the agility thus violating EEO policy after telling me I would be allowed to and then intentionally expiring me for a total of (4) civil service exams.

I can prove that these actions occured from 2003 to present and request a trial by jury and an award of 50 million dollars to bring light to the NYPD discriminatory hiring practies

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Darren L. Petty<br>3235 Pearsall Avenue, 2nd Floor<br>Bronx, NY 10469 | **From:** New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |

☐   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2010-00537 | Holly M. Woodyard, Investigator | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

September 2, 2010

Enclosures(s)      Spencer H. Lewis, Jr., Director      *(Date Mailed)*

cc:   **NEW YORK CITY DEPARTMENT OF CORRECTION**
Attn: Rosa Lugo, Esq., Legal Division
75-20 Astoria Boulevard
East Elmhurst, NY 11370